IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MCKENZIE HILL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:23-cv-00979-O |
| § | |
| ENCHANTMENT HOTELS, INC., § | |
| § | |
| Defendant. § | |

### FINAL JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered.

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

Default Judgment is hereby ENTERED pursuant to Fed. R. Civ. Pro. 55 against Defendant Enchantment Hotels, Inc. d/b/a Spa Paws Hotel.

(1) Plaintiff shall be **AWARDED** statutory damages in the amount of $10,800; and

(2) Plaintiff shall be **AWARDED** attorney's fees in the amount of $11,291.

(3) Plaintiff shall be **AWARDED** interest at the rate of 4.96% from the date of entry of judgment until paid in full.

This Final Judgment fully and finally resolves all issues between the Plaintiffs and Defendants and may be appealed. Any relief not specifically granted in this Judgment is **DENIED** and any other parties not otherwise disposed are **DISMISSED**.

**SO ORDERED** on this **16th day** of **July, 2024.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE